# REMITTANCE STATEMENT

C. DAVID COTTINGHAM, CHAPTER 13 STANDING TRUSTEE
Chapter 13 Bankruptcy Cases
PO DRAWER 20588
701 22ND AVENUE, SUITE 4
TUSCALOOSA, AL 35401

**DO NOT SEPARATE REMITTANCE STATEMENT FROM CHECK**

| Check Number | Printed |
|---|---|
| 547000 | 10/18/2019 |

| | Issue Date |
|---|---|
| | 10/18/2019 |

CLERK, US BANKRUPTCY COURT
2005 UNIVERSITY BLVD
ROOM 2300
TUSCALOOSA, AL 35401

| Case Number | Debtor | Acct No. | Paid Through | Unpaid Balance | Amount Paid |
|---|---|---|---|---|---|
| 1470991 | DOOLEY, LOUVENIA SMITH | | | Continuing | 15.85 |
| | ORIGINAL CHECK 541172 07/05/2019 DOOLEY, LOUVENIA 6802 35TH STREET  TUSCALOOSA AL 35401 | | | | |
| 1471038 | LEE, EDGAR DWIGHT | | | Continuing | 347.02 |
| | ORIGINAL CHECK 541173 07/05/2019 LEE, EDGAR & FANNIE 558 FORD ROAD  AKRON AL 35441 | | | | |
| 1471194 | KIRKPATRICK, II, SAMUEL ALLEN | | | Continuing | 15.72 |
| | ORIGINAL CHECK 541181 07/05/2019 KIRKPATRICK, II, SAMUEL 2007 NORTHBROOK APTS  NORTHPORT AL 35473 | | | | |
| 1471282 | REED, JULIA ANN | | | Continuing | 874.42 |
| | ORIGINAL CHECK 541185 07/05/2019 REED, JULIA 6636 JOHNSON ROAD  TUSCALOOSA AL 35401 | | | | |
| 1570979 | WILSON, GARY OLEN | | | Continuing | 15.00 |
| | ORIGINAL CHECK 541197 07/05/2019 WILSON, GARY & MONICA 4224 ORANGE BEACH BLVD LOT 132 ORANGE BEACH AL 365617100 | | | | |
| 1670371 | MOORE, ANTHONY BERNARD | | | Continuing | 1.83 |
| | ORIGINAL CHECK 541203 07/05/2019 MOORE, ANTHONY 90 WILLIAMS STREET  CENTREVILLE AL 35042 | | | | |
| 1671262 | INGRAM, GLEN ALDEN | | | Continuing | 2.87 |
| | ORIGINAL CHECK 541212 07/05/2019 INGRAM, GLEN & KIMBERLY 18352 MORMAN ROAD  NORTHPORT AL 35475 | | | | |
| 1871240 | MADISON, CAROLYN JEAN | | | Continuing | 15.00 |
| | ORIGINAL CHECK 541221 07/05/2019 MADISON, CAROLYN 1123 19TH STREET  TUSCALOOSA AL 35401 | | | | |
| | | | | TOTAL | 1,287.71 |

THIS STATEMENT COVERS PAYMENTS ON YOUR CLAIMS FOR THE ABOVE CASES
PLEASE RETAIN FOR YOUR RECORD.

Page 1 of 1

Case 14-71282-JHH13   Doc 83   Filed 10/18/19   Entered 10/18/19 13:37:24   Desc Main
Document      Page 1 of 1